ing and enjoining them "from further proceeding with the diversion of the sinking-fund belonging to the City of Valdosta by the purchase with said sinking-fund of said Valdosta street-improvement bonds," eliminates from this case the question made by the petition and answer as to the city's right and authority to so use the fund just referred to. Aside from this question, the other questions in the case have been decided by other decisions of this court, and most of them have been decided several times. The questions raised in this petition are not novel, and the discussions in the cases decided controlling upon the questions in this case render further discussion unnecessary. The cases to which we particularly refer are those of *City of Valdosta* v. *Harris,* 156 *Ga.* 490 (119 S. E. 625) ; *Walthour* v. *City of Atlanta,* 157 *Ga.* 24 (120 S. E. 613) ; *Norman* v. *City of Moultrie,* 157 *Ga.* 388 (121 S. E. 391) ; *Horkan* v. *City of Moultrie,* 154 *Ga.* 444 (114 S. E. 888).      *Judgment affirmed. All the Justices concur.*

---

BENNETT, superintendent, etc., *v.* COLLINS *et al.*

This case came before this court upon a writ of error from the superior court of Fulton County; and after argument had, the same being for decision by a full bench of six Justices, and Russell, C. J., and Hill and Gilbert JJ., being of the opinion that the judgment of the lower court should be affirmed, and Beck, P. J., and Atkinson and Hines, JJ., being of the opinion that the judgment should be reversed, the judgment of the court below stands affirmed by law.

No. 4164. OCTOBER 16, 1924.

Equitable petition. Before Judge Bell. Fulton superior court. November 10, 1923.

*Hitch, Denmark & Lovett,* and *T. R. Gress, assistant attorney-general,* for plaintiff in error.

*H. Wiley Johnson,* contra.

---